# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARTURO ARMENTA,<br><br>　　　　Defendant. | Case No.: 5:23-mj-00028-CDB<br><br>ORDER OF RELEASE<br><br>ORDER VACATING IDENTITY AND DETENTION HEARINGS; CLOSING CASE<br><br>(Doc. 8) |

This action arises from a Rule 5(c)(3) arrest and documents received from the Southern District of California, Case No. 3:22-cr-02487-BAS. On August 22, 2023, in the charging district, the United States of America moved to dismiss all charges brought against defendant Arturo Armenta in that action. The court granted the motion on August 23, 2023 (Doc. 8), and the charges were dismissed.

Accordingly, IT IS HEREBY ORDERED:

1. The defendant SHALL BE RELEASED from custody forthwith;
2. The identity and detention hearings scheduled for August 23, 2023 (Doc. 3) are VACATED; and
3. The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:　**August 23, 2023**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE